IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO.:  5:14cr47 |
|   Plaintiff,      ) | |
| v.      ) | Senior Judge Christopher A. Boyko |
| WILLIAM WEST,      ) | |
|   Defendant.      ) | ORDER |

This matter was before the Court on September 27, 2021, for hearing on the Government's request for revocation of Defendant William West's supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on August 27, 2021, at which defendant admitted to the following violations contained in the Violation Report: 1) Unauthorized Use of Illicit Drugs; 2) Failure to Comply with Sex Offender Treatment; 3) Failure to Comply with Sex Offender Treatment; and 4) Failure to Comply with Substance Abuse Testing. The Magistrate Judge issued a Report and Recommendation on August 27, 2021. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of Supervised Release. Defendant's supervision to continue with the same conditions as previously imposed.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: September 27, 2021